**Order entered September 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00149-CV

### CURTIS C. PENNINGTON, Appellant

### V.

### JOHN P. FIELDS AND KYLE B. PHILLIPS, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15018**

## ORDER

Before the Court is appellant's September 5, 2019, unopposed motion to extend time to file his reply brief. We **GRANT** the motion and **ORDER** appellant's reply brief due on October 10, 2019.

/s/ ERIN A. NOWELL
   JUSTICE